**Kent TAYLOR, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 100118.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 26, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 2, 2014.

Application for Transfer Denied
Nov. 25, 2014.

Srikant Chigurupati, Assistant Public Defender, St. Louis, MO, for appellant.

Chris Koster, Attorney General, Robert Jefferson Bartholomew, Jr., Assistant Attorney General, Jefferson City, MO, for for respondent.

Before SHERRI B. SULLIVAN, P.J., MARY K. HOFF, J., and PHILIP M. HESS, J.

## ORDER

PER CURIAM.

Kent Taylor (Movant) appeals from the motion court's Findings of Fact, Conclusions of Law, and Judgment on Movant's amended Motion to Vacate, Set Aside or Correct Judgment or Sentence denying Movant's Rule 29.15 motion for post-conviction relief without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).